# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147996 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MAURICE JONES,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS
DIRECTOR and MUSKEGON CORRECTIONAL
FACILITY WARDEN,
        Defendants-Appellees.

SC: 147996
COA: 314530
Chippewa CC: 12-012505-AH

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224